UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00046-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. ERICK OMAR PADILLA,

      Defendant.

---

**ORDER**

---

      This matter is before the Court upon a review of the file.  Defendant filed a

Motion to Suppress Evidence on May 6, 2009 [#17].  In light of the filing of the Motion to

Suppress, it is hereby

      ORDERED that the hearing on pending motions and final trial preparation

conference set for **Friday, May 22, 2009, at 9:00 a.m.** is **VACATED**.  It is

      FURTHER ORDERED that the 3-day jury trial set to commence **Monday, June**

**1, 2009, at 9:00 a.m.** in courtroom A-1002 is **VACATED**.  It is

      FURTHER ORDERED that a hearing on the Motion to Suppress Evidence shall

take place **Tuesday, June 2, 2009, at 10:00 a.m. in courtroom A-1002**.  It is

      FURTHER ORDERED that the Government shall file a Response to the Motion

to Suppress Evidence no later than **Monday, May 18, 2009.**

Dated:  May 6, 2009

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge